b.  Defendant:  Sorrell K.

Official Position:  medical Staff

Address:  FCI Ray brook New York, 12977
128 Ray brook Road

c.  Defendant:  Case manager Trim

Official Position:  Case manager

Address:  FCI Ray brook New York, 12977
128 Ray brook Road.

Additional Defendants may be added on a separate sheet of paper.

4.                                    FACTS

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

Eigth Amendment violation and farmer v. Brennan, 511 U.S. 825 (1994). On february of 2022 I was sent Raybrook FCI after 3 months I was there I got Sick of a pork I eat I keep asking them for Help the medical Staff of the facility Raybrook NY Mr. Peck michael, Jennifer Poirier, Sorrell K. and mr. malcolm B. The only thing they use to do is to check my vitus when I was developin Jaundice, shortness of breath, nausea vomiting and bad abdominal my skin was yellow and I could not even walk on may 20/22 I felt in →

04/16/2024

5/22/24

## Additional Defendants

L.

Defendant: T. Kelly
official Position: SHU officer
address: Ray brook, New York
28 Ray brook Road 12977

n.

Defendant: Zalazar
official Position: Captain
address: Ray brook, New York
28 Ray brook Road 12977

I.

Defendant: R. St. Louis
Official Position: Lieutenant
address: Ray brook, New York
28 Ray brook Road 12977

2.

Defendant: Getchy
Official Position: casemanager
Address: FCI Allenwood, MED white Deer, PA
P.O. Box 2,000 17887

#01053509
Jeurin o celado

Jeurin O. Celado

_Additional Defendants_                                                          5/02/24

2.
Defendant: Jennifer Poirier
official position: medical staff
address: FCI Ray brook, New York
128 Ray brook Road 12977

3.
Defendant: Mr. Peck
official position: medical staff
address: FCI Ray brook, New York
128 Ray brook Road 12977

4.
Defendant: Mr. mClean
official position: S.I.S. Lieutenant
address: FCI Ray brook, New York
28 Ray brook Road 12977

5.
Defendant: J. Poirier
official position: SHU officer
address: FCI Ray brook, New York
28 Ray brook Road 12977

#01053509
Jeurin O. Celado

Jeurin O. Celado

5/02/24

# Additional Defendants

I.

Defendant: Ms. Price
Official Position: SHU Officer
Address: FCI Raybrook NewYork
128 Ray brook Road 12977

r.

Defendant: Mr. Bushy
Official Position: Random
Address: FCI Ray brook Newyork
128 Ray brook Road 12977.

J.

Defendant: Mr. A. Drollet
Official Position: SHU Officer
Address: Ray brook new York
128 Raybrook Road 12977

K.

Defendant: Mr. Pilon
Official Position: kitchen officer
Address: Ray brook new York
128 Raybrook Road 12977

#01053369
Jeurin O. Celado

Jeurin O. Celado

3/02/24

The shower in unit Niagra A Officer Brown was working in the unit this was 2:30 Am. He called the medical staff they told him to send me over I went and I saw Mr. Peck and the only thing he did was to check my virtus and told me that he think I got a liver problem and send me back to the unit I keep complaining about my health my girl keep called the facility Ray brook NY she even called washington DC Regional so they can called the FCI Ray brook so they can bring me to a hospital my health was getting worse and worse on 06/24/22 I was on my way to the medical I felt in the middle of the compound LT. busshy came up to me and ask me was going on I told him that I don't feel Right and that I need help he told me you don't look Right. he send a officer to bring me to a hospital in twe facili When I got there Jennifer Poirier Lock me in in a cell for 3 hrs I was in there with no water or food. Mr. malcolm open the door I was sick, hungry and angry which I say to her Iam going to Fucking Report you Iam a human being Iam not a animal. she got Real pisse off and was screaming he is Fucking treating me I told her no I am not treating nobody I Just came here for help how you gonna lock me in a cell. Them mr. malcoln told me to go back to my unit which I did. later on that day I was in a bad abdomine pain and I has to deal witm it because I didn't wanna go back there. On 06/25/ it 7:00 Am 4 officer came to my cell in unit Niagra A officer busshy, officer burg, Jone doe, and Jone doe search me and order me to go with them to the case mangser office which in that Room is no camere to treat me and scared me they told me that if I ever disRespect any staff member is gonna be ugly for me I told them that I didn't disrespect nobody and they told me you fucking did let it be the last time and officer vrg told me you are not in your contry mother fucker do that again and you gonna die he say go back to your fucking cell. At 1:00 Pm the same day officer busshy was working In the unit Niagra A called me and told me that they want me at the L.T. Office. When I got there I saw L.T. busshy and another L.T. Jone doe and I seven more officers and also Jennifer Poirier →

5/02/24

Who write me a shot #224 treating body harm which they read my rights and them send me to the special unit housing when I get to the shu the officer T. Kelly changed my clothes and put me in a cell like in 5 minute Jennifer Poirier father who is a officer in the special unit housing J. Poirier came to my door and told me so you like to disRespect womens I'm gonna make sure you live in hell here and left 3 days ust by I was feeling worse I was experiencing Jaundice, shortness of breath nausea vomiting and abdominal pain, which was noticeable to the staff in FCI RBK. Where in the special housing unit I had limited Resources to any thing. They was not sastified with putting me in the shu I suffer from mentally disturb, excessive force, Presure, physical assaults by guards in the FCI RBK they all work in conjunction they are criminal working for the B.o.P. I could not eat or get up of bed because my abdominal Pin. This is all The officer who work at the special housing unit. J. Poirier, T. Kelly, Ms. Price, A. Drollet, Lyons, heiden, and cate I ask each of this officer that please I don't feel good to bring me to a hospital. J. Poirier told me I know what you need exactly he put a black dude that goes by the nick name great in unit Niagra to my cell, which J. Poirier knew I could not fight or defent my self because I was weak I didn't get up of bed for days that dude sexual assault me a couple time until I was seriously harmed officer J. Poirier the father of Jennifer poirier knew I was gonna get attacked by this inmate because he send him intentionally because I disrespected his daughter in 7/03/22 I ask officer A. Drollet that please don't let that dude in here again when he went to take a shower he say no you gonna learn your lessone. The next day 7/04/22 I ask J. Poirier that when he do the shower I want to take one I did and I felt in the shower blood was coming out of my mouth he got scare and called A. Drollet to help him bring me to the Room 2 minutes later the medical staff mr. peck check my vitus and I was still threewing blood out off my mouth he told me to go back to my cell.

5/02/24

It didn't even past 2 minutes when the L.T. Jone doe came and told me that to get Ready that they gonna bring me to outside hospital. I want the court to see the video on 7/04/22 how they did me and make me walk hand cuff to the parking lot not even curing how many time I felt when I got in the car the officer was driving so fast because he know I was dieking he bring me to emergency Room in Adirondac medical center Surranac Lake, NY 12983, 2233 State Route 86 officer Jone doe was with me in the Room the nurse Jone doe put me I V on me some other stuff I started to feel better she told me if I want to eat I say yes but I told her that my ass her she say I'm gonna put something in your ass that is gonna put your fever down I could not used the bathroom because the Rape the injure in my ass. Lauren crowl did a ultrasound-Abdoment to see if I had a liver problem which I didn't them I got send to another Room with another nurse barbara like at 6:00 pm she put a bag of blood. like at 7:40 pm me and officer busshy was arguer because of what happen between me and Jennifer poirier the nurse arbara ask me if aerything is ok. Them at 8:00 pm I was transfer to another hospital CVP Plattsburg. NY where they do ilegal work for FCI Ray brook I was in a Room with no bathroom to air and the nurse Jone doe who was the daugthor of the ommisary Jone doe officer at FCI Ray brook her father is also a officer kurr. She got fire from Ray brook she was working in the medical at the facility. In that hospital the guy that do the garbage was the one that told me that the couid test was Positive. I Just know they to llegal work there I know I'm not the only one that is going through this Please investigate that hospital I dont think they help me with any thing Them They transfer me to university of varmand hospital >

5/02/24

Which I was there untill 7/12/22 on this day the case manager Trim pick me up to go back to FCI RBK when I got there He bring me to medical at the facility where Jennifer poirier, Mr. Peck, Mr. Malcolm and Sorrell who interview me asking me how I am felling I told her better I was not getting Rape were I just was she was acting like notting happen I told her that I need a PREA because I was Rape intentionally I want to Report it and they all look scared and called the captain Zalazar and Leutenant R. St. Louis never gave me the PREA Just told me that I am going back to the shu under investigation for inton of scape from the hospital on. 7/15/22 leutenant Mr. Clean S.I.s who is the most cruel of all of them who treat me to send me to the worse U.S.P. in a federal Prison because I had 26 Point that if I write a statement saying that the Rape never happen he will let me go to another Prison that monster scared me and took a vertise that it was my first time in Prison Federal when I signed he let me go for two week back to the compound and them Transfer me with the excuse of me doing R-DAP knowing that he called Ice so they can put a detainer on me I was send to FCI Allenwood MED White Deer P.A. when I got to this facility I talk to my case manager In unit 3A Getchy and give her a BP8 Form Reporting what happen the only thing she ask me if I Report it I told her that what I am doing she told me is up to my boss I will let you know them I write another on BP8 Form and give it to the counselor Faust from unit 3A and all he say I'm gonna give this to the right people, them I got called 2 weeks later to the Leutenant office where I saw I.S. Arena who told me that he contacted RBK FCI and told me that he is gonna Investigate I never heard any thing they block my mail and send me to RDAP unit which →

They controllect every move I make every effort I did to Report it was futile. I send a tort claim to the North Regional which I Just got they say I got six month to do this complain all I want is Justice Please they violated all my Rights I am scared that this prison or FCI Ray brook try to do something or send someone to harmed me.

This is a list of all the nurses and Doctors that I saw in the hospitals.

Charette, Louis Philippe, MD, Jamie King, Ryan D Gbuser, Choban kunal MD, Leone, Julie RN, Abu-Jabd Faiz MD, Stefan Rau MD, Whitman Todd J MD, Dr. Gornam, Dianna N Bryan MD, mark Douglas Zimmerman, Ogata maisie, Dr. ceamitro, Doctor collins Grant mike Dorman Joshua Paramedic, Dr. mcmahom, Mace Libson Ellen, Lauren Crowl Pac, Upton Yarrow.

My name is Jeurin O. Celado ID# 01053509 I declare under penalty of Perjury that the Foregoing is true and correct.

Jeurin O. Celado

*Jeurin O. Celado*

I was Diagnosed with these medical conditions of the following • PANCY Topenia (HCC)
- Metabolic encephalopathy
- Hemolytic Anemia (HCC)
- B12 deficiency
- Covid-19
- Thrombotic Thrombocytopenic purpura (TTP)

When I was only sick of food poision I want the court to send me to check my self because I think that they work for Ray brook thed do their durty work.

509

Jevrin O. celado

Javrin Celado

5.                          CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

I got sick of food poision in Rat brook NY, my skin was getting yellow I experience, Jaundice, Shortness of breath, Nausea vomiting, and abdominal Pain. because I keep complaining to the medical staff, The next They I was send to the special housing unit because They say I disRespect Jennifer Poirier the medical staff.

### SECOND CAUSE OF ACTION

Her father officer J. Poirier bring a black dude from the unit in Niagara to Rape me and beat me up because I disRespect his daugther. Which was Noticeable to the staff in the special housing unit including the S.I.S Leutenant.

### THIRD CAUSE OF ACTION

Prison officials violate my Eighth Amendment when they act with deliberate indiference to my prison condition and exposes me to an unreasonable risk of serious harm and deprives me of basic human need. I ask for a PREA to Sorrell which she denied me but write everything on my medical Record. I never got any kind of help I has to heal by my self I'm mentally FUCK up and, humiliate, harass, degrade. I was badly hurt, The prison officials in RBK NY, maliciously and sadistically specially the father of Jennifer Poirier officer J. Poirier are cruel, I was abuse Phisically, mentally and my life was treat. I don't know if I report this right but I want them to pay I wan Justice.

04/16/2024

6.    **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

I seek to obtain relief (financial) for damages/ suffering and also to get my green card to stay in this contry.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 5/2/24

Jeurin O. Celado

Jeurin O. Celado
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010



**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

<u>*Via Certified and Return Receipt Mail*</u>

*U.S. Custom House-7th Floor*
*2nd & Chestnut Streets*
*Philadelphia, PA 19106*

March 28, 2024

Jeurin Celado, Reg. No. 01053-509
FCI Allenwood Medium
P.O. Box 2000
White Deer, PA 17887

    RE:  Administrative Claim No. TRT-NER-2023-06963

Dear Mr. Celado:

    Administrative Claim No. TRT-NER-2023-06963, properly received in this office on June 8, 2023, has been accepted and considered for administrative settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, and under 31 U.S.C. § 3723, which provides for the payment of claims "caused by the negligence of an officer or employee of the U.S. Government acting within the scope of employment." You seek $2,000,000.00 in damages for an alleged personal injury claim and personal property loss, although you do not specify any specific property loss or damage.  You allege you were sexually assaulted by another inmate at FCI Ray Brook on June 21, 2023. You also make a vague allegation that you suffered from food poisoning.

    An investigation, including a review of your medical records, reflects there is not sufficient evidence to substantiate the allegations of this claim. An internal investigation into your claim of being sexual assault revealed the allegations were unfounded, and you specifically recanted the allegation. There was no evidence the alleged assault occurred.  Further, in June 2023, you began to make complaints regarding nausea and lethargy.  In July 2023, you were transferred to the hospital and ultimately diagnosed with a B12 deficiency with a hemolytic component.  There is no evidence your ongoing symptoms were caused by food poisoning. Because you have not made a specific allegation of property loss, your claim could not be further investigated.  There is no evidence you experienced a compensable loss as the result of negligence on the part of any Bureau of Prisons employee. Accordingly, your claim is denied.

If you are dissatisfied with this decision regarding the personal property claim, you cannot file suit in United States District Court as there is no judicial review for claims decided pursuant to 31 U.S.C. § 3723. If you are dissatisfied with this decision regarding the personal injury claim, you may bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this letter.

Sincerely,

A. M. Johnson
Regional Counsel

cc: E. Rickard, Warden, FCI Ray Brook